**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY MILLS,<br>Plaintiff,<br>v.<br>ARLENE BLUTH,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02183-SHL-tmp |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND GRANTING DISMISSAL**

Before the Court is Chief Magistrate Judge Tu M. Pham's Report and Recommendation ("R&R") issued August 21, 2026. (ECF No. 8). In the R&R, Chief Judge Pham recommends that pro se Plaintiff Anthony Mill's Complaint be dismissed for failure to state a claim upon which relief can be granted. (See ECF No. 8 at PageID 11.) The copy of the R&R mailed to the plaintiff was twice returned as undeliverable.[1] (See ECF No. 9; ECF No. 10.)

Under Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

The time to file objections has expired and none were received, and review of the R&R uncovers no errors. First, Mills allegation amounts to one sentence, which reads "Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss

[1] The R&R was mailed to the address submitted by Plaintiff.

100269/2023, causing unreasonable cost to the parties[.]" (ECF No. 2 at PageID 2.) This allegation is conclusory and fails to satisfy the Twombly-Iqbal pleading standard. (ECF No. 8 at PageID 10–11.) Second, to the extent Mills' Complaint is an action under 42 U.S.C. § 1983, it fails to allege facts showing that Bluth acted under color of state law. (See ECF No. 8 at PageID 11.)

On clear-error review, the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 8) in its entirety. Plaintiff's Complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 25th day of September, 2026.

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE